MORGAN, LEWIS & BOCKIUS LLP
Melinda S. Riechert, Bar No. 65504
Jennifer Svanfeldt, Bar No. 233248
Nicole L. Antonopoulos, Bar No. 306882
One Market, Spear Street Tower
San Francisco, California  94105-1596
Telephone:  +1.415.442.1000
Facsimile:   +1.415.442.1001
melinda.riechert@morganlewis.com
jennifer.svanfeldt@morganlewis.com
nicole.antonopoulos@morganlewis.com

Attorneys for Defendant
LANE BRYANT, INC.

SCHIMMEL & PARKS, APLC
Alan I. Schimmel, Bar No. 101328
Michael W. Parks, Bar No. 154531
Michael Kim, bar No 227685
15303 Ventura Blvd., Suite 650
Sherman Oaks, CA 91403
Telephone: (818) 464-5061
Facsimile:  (819) 464-5091
aischimmel@spattorneys.com
mwparks@spattorneys.com
mkim@spattorneys.com

Attorneys for Plaintiff
WHITNEY HATCHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WHITNEY HATCHER, an individual, on behalf of herself, all others similarly situated, and on behalf of all other "aggrieved" employees,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LANE BRYANT, INC., individually, and DOES 1-50,<br><br>　　　　　　　Defendants. | Case No. 5:16-cv-02243-NC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S INDIVIDUAL CLAIMS, DISMISS THE CLASS CLAIMS, AND, TO STAY THE PAGA CLAIMS TO JULY 27, 2016** |

Pursuant to Civil Local Rules 6-1 and 6-2, Defendant LANE BRYANT, INC. ("Defendant") and Plaintiff WHITNEY HATCHER ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of record, stipulate to continue the hearing on Defendant's Motion to Compel Arbitration of Plaintiff's Individual Claims, Dismiss the Class Claims, and, To Stay the PAGA Claims currently scheduled for July 6, 2016 to July 27, 2016, or to a date thereafter that is mutually convenient for the Court.

WHEREAS, the Parties agree that continuing the hearing date will allow the Parties time to meet and confer regarding the claims in the Complaint.

THEREFORE, IT IS STIPULATED by the Parties and respectfully requested that the hearing on Defendant's Motion to Compel Arbitration of Plaintiff's Individual Claims, Dismiss the Class Claims, and, To Stay the PAGA Claims currently scheduled for July 6, 2016 be continued to July 27, 2016, or to a date thereafter that is mutually convenient for the Court.

IT IS SO STIPULATED.

Dated: July 1, 2016

By:   /s/ Michael W. Parks
       Michael W. Parks

SCHIMMEL & PARKS, APLC
Alan I. Schimmel, Bar No. 101328
Michael W. Parks, Bar No. 154531
Michael Kim, Bar No 227685
15303 Ventura Blvd., Suite 650
Sherman Oaks, CA 91403
Telephone: (818)464-5061
Facsimile: (819)464-5091
aischimmel@spattorneys.com
mwparks@spattorneys.com
mkim@spattorneys.com

*Attorneys for Plaintiff*

Case 5:16-cv-02243-NC   Document 19   Filed 07/01/16   Page 3 of 4

| | |
|---|---|
| Dated: July 1, 2016 | By:   _/s/ Melinda Riechert_____  <br>        Melinda Riechert |

Melinda Riechert
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 422-1486
Facsimile: (415) 422-1001
E-mail: melinda.riechert@morganlewis.com

*Attorneys for Defendant*

## **ATTESTATION**

I, Melinda Riechert, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order to Continue the Hearing on Defendant's Motion to Compel Arbitration of Plaintiff's Individual Claims, Dismiss the Class Claims, and, To Stay the PAGA Claims.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael W. Parks concurs in this filing.

DATED: July 1, 2016                                    MORGAN LEWIS & BOCKIUS LLP

                                                                       By: */s/ Melinda Riechert*_____

JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING
5:16-cv-02243-NC
2

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation to Continue the Hearing on Defendant's Motion to Compel Arbitration of Plaintiff's Individual Claims, Dismiss the Class Claims, and, To Stay the PAGA Claims and for good cause appearing, the Stipulation is approved. The Court hereby orders as follows:

The Hearing on Defendant's Motion to Compel Arbitration of Plaintiff's Individual Claims, Dismiss the Class Claims, and, To Stay the PAGA Claims currently scheduled for July 6, 2016 at 1:00 p.m. is continued until _____July 27_____, 2016. The request to appear by telephone is denied as moot.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: __July 1, 2016__   _____
Honorable Nathanael Cousins
United States Magistrate

[STAMP: GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]