1 | MORGAN, LEWIS & BOCKIUS LLP
Melinda S. Riechert, Bar No. 65504
2 | Jennifer Svanfeldt, Bar No. 233248
Nicole L. Antonopoulos, Bar No. 306882
3 | One Market, Spear Street Tower
San Francisco, California  94105-1596
4 | Telephone:   +1.415.442.1000
Facsimile:   +1.415.442.1001
5 | melinda.riechert@morganlewis.com
jennifer.svanfeldt@morganlewis.com
6 | nicole.antonopoulos@morganlewis.com

7 | Attorneys for Defendant
LANE BRYANT, INC.
8 |
SCHIMMEL & PARKS, APLC
9 | Alan I. Schimmel, Bar No. 101328
Michael W. Parks, Bar No. 154531
10 | Michael Kim, bar No 227685
15303 Ventura Blvd., Suite 650
11 | Sherman Oaks, CA 91403
Telephone: (818) 464-5061
12 | Facsimile:  (819) 464-5091
aischimmel@spattorneys.com
13 | mwparks@spattorneys.com
mkim@spattorneys.com
14 |
Attorneys for Plaintiff
15 | WHITNEY HATCHER

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 | SAN JOSE DIVISION

| | |
|---|---|
| 19 WHITNEY HATCHER, an individual, on behalf of herself, all others similarly situated, and on behalf of all other "aggrieved" employees,<br><br>20<br><br>21<br><br>22          Plaintiffs,<br><br>23          v.<br><br>24 LANE BRYANT, INC., individually, and DOES 1-50,<br><br>25<br><br>26          Defendants. | Case No. 5:16-cv-02243-NC<br><br>**JOINT STIPULATION AND  ORDER TO TAKE THE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S INDIVIDUAL CLAIMS, DISMISS THE CLASS CLAIMS, AND, TO STAY THE PAGA CLAIMS OFF CALENDAR, CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE TO FILE RULE 26(F) REPORT AND INITIAL DISCLOSURES, AND STAY DISCOVERY WHILE THE PARTIES PROCEED TO MEDIATION** |

27

28

JOINT STIPULATION AND ORDER TO TAKE DEFENDANT'S MOTION TO COMPEL HEARING OFF
CALENDAR, CONTINUE CMC AND STAY DISCOVERY
Case No. 5:16-cv-02243-NC

DB2/ 30441717.1

1    IT IS HEREBY STIPULATED AND AGREED by and between Defendant LANE

2 BRYANT, INC. ("Defendant") and Plaintiff WHITNEY HATCHER ("Plaintiff") (collectively,

3 the "Parties"), by and through their respective counsel of record as follows:

4    WHEREAS, on April 26, 2016, this Court issued an Order Setting Initial Case

5 Management Conference and ADR Deadlines ("Order").  That Order set the deadline for the

6 Parties to file their Rule 26(f) Report and complete initial disclosures for July 20, 2016 and set a

7 Case Management Conference for July 27, 2016 at 10:00 a.m.;

8    WHEREAS, on June 1, 2016, Defendant filed its Motion to Compel Arbitration of

9 Plaintiff's Individual Claims, Dismiss the Class Claims, and, To Stay the PAGA Claims

10 ("Motion to Compel");

11    WHEREAS, on June 16, 2016, Plaintiff filed her Opposition to Defendant's Motion to

12 Compel;

13    WHEREAS, on June 22, 2016, Defendant filed its Reply in support of its Motion to

14 Compel;

15    WHEREAS, the hearing on Defendant's Motion to Compel is set for July 27, 2016 at 1:00

16 p.m.;

17    WHEREAS, on or around June 30, 2016, the Parties met and conferred as required by the

18 Court's Order regarding initial disclosures, early settlement, ADR process selection, and

19 discovery plan;

20    WHEREAS, the Parties have agreed to exchange informal discovery and participate in

21 private mediation at the earliest mutually available date for both Parties and the mediator, but no

22 later than December 31, 2016;

23    WHEREAS, the Parties have agreed to take the hearing on Defendant's Motion to Compel

24 off calendar and continue the Initial Case Management Conference pending completion of

25 mediation;

26    WHEREAS, the Parties request that the Court schedule the Initial Case Management

27 Conference to take place after completion of the mediation, and the Court at that time set a new

28 hearing date for the Motion to Compel;

1    WHEREAS, the Parties request that the Court continue the deadline to file the Rule 26(f)

2    Report and complete initial disclosures until after mediation is completed; and

3    WHEREAS, the Parties further agree to a stay of all formal discovery pending mediation.

4    **IT IS SO STIPULATED.**

5

6    Dated: July 19, 2016

     By:   ___/s/ *Michael W. Parks*_____
                Michael W. Parks

7

8    SCHIMMEL & PARKS, APLC
     Alan I. Schimmel, Bar No. 101328

9    Michael W. Parks, Bar No. 154531
     Michael Kim, Bar No 227685

10   15303 Ventura Blvd., Suite 650
     Sherman Oaks, CA 91403

11   Telephone: (818)464-5061
     Facsimile: (819)464-5091

12   aischimmel@spattorneys.com
     mwparks@spattorneys.com

13   mkim@spattorneys.com

14   *Attorneys for Plaintiff*

15   Dated: July 19, 2016

     By:   ____/s/ *Melinda Riechert*_____
                Melinda Riechert

16

17   Melinda Riechert
     MORGAN LEWIS & BOCKIUS LLP

18   One Market, Spear Street Tower
     San Francisco, CA 94105-1596

19   Telephone: (415) 422-1486
     Facsimile: (415) 422-1001

20   E-mail: melinda.riechert@morganlewis.com

21   *Attorneys for Defendant*

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **ATTESTATION**

I, Melinda Riechert, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order to Take Defendant's Motion to Compel Hearing Off Calendar, Continue CMC and Deadline to File Rule 26(F) Report and Initial Disclosures, and Stay Discovery.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael W. Parks concurs in this filing.

DATED: July 19, 2016                           MORGAN LEWIS & BOCKIUS LLP

By: */s/ Melinda Riechert*_____

1

## **ORDER**

2          Having read and considered the Parties' Stipulation to take the hearing on Defendant's

3    Motion to Compel Arbitration of Plaintiff's Individual Claims, Dismiss the Class Claims, and, To

4    Stay the PAGA Claims ("Motion to Compel") off calendar, continue the Initial Case Management

5    Conference and deadline to file the Rule 26(f) Report and complete initial disclosures, and stay

6    discovery, and for good cause shown, the Stipulation is approved.   The Court hereby orders as

7    follows:

8          1.   The Parties' Stipulation is GRANTED;

9          2.      The hearing on Defendant's Motion to Compel is taken off calendar pending

10   completion of the private mediation;

11         3.      The Initial Case Management Conference is continued until January 18, 2017;

12         4.      The deadline to file the Rule 26(f) Report and complete initial disclosures is

13   continued until after the completion of the mediation;

14         5.      The Parties shall promptly advise the Court whether mediation was successful;

15         6.      Should mediation not be successful, the Court will set a new date for the Initial

16   Case Management Conference and deadlines for the Parties to file the Rule 26(f) Report and

17   complete initial disclosures;

18         7.      At the continued Initial Case Management Conference, the Court will set a new

19   date for the hearing on Defendant's Motion to Compel; and

20         8.   All discovery in this matter is stayed pending mediation.

21         **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

22

23   Dated:    July 20, 2016                    _____

24                                              Honorable Nathanael C.
                                                United States Ma

25

26

27

28